# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
Allegheny County

*For Prothonotary Use Only:*

Docket No:

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [ ] Complaint
- [x] Writ of Summons
- [ ] Transfer from Another Jurisdiction
- [ ] Petition
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Annette Williams

**Lead Defendant's Name:** The Program for Offenders, Inc.

**Are money damages requested?** [x] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes  [x] No

**Is this an *MDJ Appeal*?** [ ] Yes  [x] No

**Name of Plaintiff/Appellant's Attorney:** David M. Kobylinski

- [ ] Check here if you have no attorney (are a Self-Represented (Pro Se) Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [x] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*

**EXHIBIT A**

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s)
has/have commenced an action against you which you are
required to Defend.
    Michael McGeever, Director, Department of Court Records
Date 12/18/2020
Returnable 01/17/2021

## WRIT OF SUMMONS IN CIVIL ACTION
### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plaintiff(s) | Case Number: |
|---|---|
| **Williams, Annette** | **GD-20-012812** |
| | Type of pleading: |
| | **Praecipe for Writ of Summons** |
| | Filed on behalf of: |
| | **Williams Annette** |
| | **Kobylinski M David** |
| | (Name of filing party) |
| Defendant(s) | [X] Counsel of Record |
| **Program for Offenders Inc.** | [ ] Individual, If Pro Se |
| | Name, Address and Telephone Number: |
| | **Kobylinski M David** |
| | Attorney's State ID: **92233** |



**Michael McGeever, Director, Department of Court Records**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **Annette Williams**<br>707 Ohio River Blvd., Apt 302<br>Pittsburgh, PA 15202<br><br>Plaintiff,<br><br>v.<br><br>**The Program for Offenders, Inc.**<br>564 Forbes Avenue, Suite 930<br>Pittsburgh, PA 15219<br><br>Defendant. | CIVIL DIVISION<br><br>Docket #: GD-20-12812<br><br>**PRAECIPE FOR WRIT OF SUMMONS**<br><br>Filed on behalf of: Plaintiff.<br><br>COUNSEL OF RECORD FOR THIS PARTY:<br><br>David M. Kobylinski, Esquire<br>Pa. ID No.: 92233<br><br>Peter T. Kobylinski, Esquire<br>Pa. ID No.: 309832<br><br>PRAETORIAN LAW GROUP, LLC<br>515 Court Place, Ste 4<br>Pittsburgh, PA 15219<br>(412) 281-6600 |

1

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **Annette Williams,** | ) |
| Plaintiff, | ) CIVIL DIVISION |
| | ) Docket #: |
| v. | ) |
| **The Program for Offenders, Inc.** | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue a writ of summons in the above-captioned against matter for Defendant The Program for Offenders, Inc.

Papers may be served at the address set forth.

Respectfully submitted,

**PRAETORIAN LAW GROUP, LLC**

/s/ Peter T. Kobylinski
Peter T. Kobylinski, Esquire

*Counsel for Plaintiff*

Dated: December 18, 2020

2

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by:

/s/ Peter T. Kobylinski
Peter T. Kobylinski, Esquire (PA ID # 309832)\

December 18, 2020

3